Jeffrey A. Long, OSB No. 862350 (Lead Counsel)
Marc E. Dann, Ohio Bar No. 0039425 (*Pro Hac Pending*)
OREGON CONSUMER LAW CENTER
4248 Galewood St.
Lake Oswego, OR 97035
Telephone: (503) 374-9777
Facsimile: (503) 822-6727
E-mail:      jefflonglawyer@gmail.com
              mdann@dannlaw.com
              notices@dannlaw.com
*Of Attorneys for Plaintiff Azhang Shaine Aazami*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| AZHANG SHAINE AAZAMI, an individual,<br><br>              Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., a California Corporation; and QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington Corporation,<br><br>              Defendants. | Case No. 3:17-cv-01564-BR<br><br>ORDER FOR MOTION FOR TEMPORARY RESTRAINING ORDER |

Based on the record, including the Complaint, Motion for Temporary Restraining Order, Declaration of Jeffrey A. Long, and supporting memorandum, the Court finds that:

1. Pursuant to FRCP 655, reasonable cause exists to issue a temporary restraining order;

2. If the Defendants are not immediately restrained from conducting a non-judicial foreclosure sale scheduled for October 16, 2017, the Plaintiff will suffer irreparable injury, loss, or damage in the form of the loss of his real property located at, and commonly known as, 826 Voris Ave., Ashland, Jackson County, Oregon, 97520;

3. The plaintiff made a good faith effort to inform all the parties of their intent to seek an injunction; Therefore, Plaintiff's motion for temporary restraining order is granted, and it is ORDERED that:

4. Defendants WELLS FARGO BANK, N.A., a California corporation; and QUALITY LOAN SERVICE CORPORATION OF WASHINGTON; and its officers, agents, servants, employees, and lawyers, and all other persons in active concert or participation with any of the Defendants who receive actual notice of this order, by personal service or otherwise, are directed as follows:

5. The non-judicial sale of the property located at, and commonly known as, 826 Voris Ave., Ashland, Jackson County, Oregon, 97520 shall be halted during the period of time that this Temporary Restraining Order is in place;

6. Defendants WELLS FARGO BANK, N.A., a California corporation; and QUALITY LOAN SERVICE CORPORATION OF WASHINGTON; and those acting on their behalf are prohibited from either directly or indirectly taking any actions to advance or conduct the non-judicial sale of the property during the period of time this Temporary Restraining Order is in place;

OREGON CONSUMER LAW CENTER
4248 Galewood St., Lake Oswego OR 97035
Phone: (503) 374-9777   Fax: (503) 822-6727
jefflonglawyer@gmail.com

7. Defendants shall appear before this Court on October 26, 2017 at 2:30 p.m. in Courtroom 14A and show cause, if any, why a temporary restraining order should not be entered granting the same relief described in paragraphs 4, 5, and 6 during the pendency of this action;

8. Plaintiff is required to provide a surety bond in connection with this order in the amount of $ _1,500_ .


IT IS HEREBY ORDERED, as follows:

Plaintiff's Motion for Temporary Restraining Order is hereby:

☒ ALLOWED _____

☐ DENIED _____


*Marcos Hernandez* _____

OREGON CONSUMER LAW CENTER
4248 Galewood St., Lake Oswego OR 97035
Phone: (503) 374-9777   Fax: (503) 822-6727
jefflonglawyer@gmail.com